JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WILLIAM VETTER, | Case No. 2:24-cv-11261-MCS-RAO |
| Petitioner, | **JUDGMENT** |
| v. | |
| DANIEL CUEVAS, | |
| Respondent. | |

For the reasons set forth in the concurrently filed order summarily dismissing the petition, it is hereby ordered, adjudged, and decreed that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: January 13, 2025

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE